IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MCGUIGAN and BRIDGET MCGUIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STRATEGIC INSURANCE CORP.,<br><br>Defendant. | CIVIL ACTION<br>NO. 25-1553 |

## ORDER

**AND NOW**, this 15th day of July 2025, upon consideration of Defendant's Motion to Dismiss Counts II and III of the Amended Complaint (Doc. No. 9), Plaintiffs' Response in Opposition (Doc. No. 10), Defendant's Reply (Doc. No. 12), the arguments of counsel for the parties at the hearing held on the record on June 17, 2025, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss Counts II and III of the Amended Complaint (Doc. No. 9) is **GRANTED**. Defendant shall file an Answer to the claim remaining in the Amended Complaint by July 29, 2025.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.